

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-19-00716-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County Attorney,
Appellants

v.

James T. "Tully" **SHAHAN,** In His Official Capacities as County Judge, Mark Frerich, In His Official Capacity as County Commissioner, Joe Montalvo, In His Official Capacity as County Commissioner, Dennis Dodson, In His Official Capacity as County Commissioner, Tim Ward, In His Official Capacity as County Commissioner, Kinney County Commissioners Court and Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On April 7, 2020, appellee filed a Motion to Dismiss for Want of Prosecution. We **ORDER** appellant to respond to appellee's motion on or before **April 20, 2020.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court